# ELECTRONIC RECORD

COA #   03-13-00371-CR                OFFENSE:   DWI

STYLE:   Douglas Farirayi v. The State of Texas                COUNTY:   Travis

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   427th District Court

DATE: 06/23/15          Publish: NO   TC CASE #:   D-1-DC-11-206200

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Douglas Farirayi v. The State of Texas          CCA #:   **845-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _10/07/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

\- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**